Dongguan Guanyi Light-Decoration Co., Ltd. V. The Partnerships And Unincorporated Associations Identified On Schedule A – Case No. _____

# Schedule A

| Defendant Internet Stores | | |
|---|---|---|
| No | URL | Name / Seller Alias |
| 1 | ███ | ███ |
| 2 | ███ | ███ |
| 3 | ███ | ███ |
| 4 | ███ | ███ |
| 5 | ███ | ███ |
| 6 | ███ | ███ |
| 7 | ███ | ███ |
| 8 | ███ | ███ |
| 9 | ███ | ███ |
| 10 | ███ | ███ |
| 11 | ███ | ███ |

