# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DONGGUAN GUANYI LIGHT-DECORATION CO., LTD., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) JURY TRIAL DEMANDED |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, | ) ) ) ) |
| Defendants. | ) ) |

## MOTION FOR TEMPORARY RESTRAINING ORDER

Pursuant to Federal Rules of Civil Procedure 65(b)(1)(A), Plaintiff Dongguan Guanyi Light-Decoration Co., Ltd. ("Guanyi" or "Plaintiff") respectfully moves this Court for an *ex parte* temporary restraining order, including a temporary injunction against Defendants identified on Schedule A, enjoining manufacture, importation, distribution, offering for sale, and sale of infringing products, a temporary asset restraint, and expedited discovery in an action arising out of 35 U.S.C. § 271. A Memorandum of Law in Support is filed concurrently with this Motion.

Dated: October 23, 2023

Respectfully submitted,

*/s/ Timothy K. Sendek*
Timothy K. Sendek, IL 6293755
**AKERMAN LLP**
71 South Wacker Drive, 47th Floor
Chicago, IL 60606
Phone: (312) 870-8007
Fax: (312) 424-1900
tim.sendek@akerman.com

*/s/ Allen Justin Poplin*
Allen Justin Poplin, NDIL 21598

**AVEK IP, LLC**
7285 W. 132nd Street, Suite 340
Overland Park, KS 66213
Phone: (913) 303-3841
Fax: (913) 549-4646
jpoplin@avekip.com

*Attorneys for Plaintiff*