UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DONGGUAN GUANYI LIGHT-DECORATION CO., LTD., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) JURY TRIAL DEMANDED |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, | ) ) ) ) |
| Defendants. | ) ) |

## LOCAL RULE 3.4 NOTICE OF CLAIMS

## INVOLVING PATENTS OR TRADEMARKS

PLEASE TAKE NOTICE that on October 23, 2023, Plaintiff Dongguan Guanyi Light-Decoration Co., Ltd. ("Guanyi" or "Plaintiff") filed a complaint raising claims including the parties and patents below. This Notice serves to provide the clerk the following information:

Plaintiff:    Dongguan Guanyi Light-Decoration Co., Ltd.

Defendants: The Partnerships and Unincorporated Associations Identified on Schedule A

| Asserted Patent | Inventor |
|---|---|
| US 11,408,585 | Shifang Wang |

1

Dated: October 23, 2023								Respectfully submitted,

									*/s/ Timothy K. Sendek*
									Timothy K. Sendek, IL 6293755
									**AKERMAN LLP**
									71 South Wacker Drive, 47th Floor
									Chicago, IL 60606
									Phone: (312) 870-8007
									Fax: (312) 424-1900
									tim.sendek@akerman.com

									*/s/ Allen Justin Poplin*
									Allen Justin Poplin, NDIL 21598
									**AVEK IP, LLC**
									7285 W. 132nd Street, Suite 340
									Overland Park, KS 66213
									Phone: (913) 303-3841
									Fax: (913) 549-4646
									jpoplin@avekip.com

									*Attorneys for Plaintiff*