UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DONGGUAN GUANYI LIGHT-DECORATION CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br><br> Defendants. | Case No. 1:23-cv-15248 <br><br> JURY TRIAL DEMANDED |

### REQUEST FOR CLERK OF COURT TO REFUND FILING FEE

Pursuant to the Northern District of Illinois' General Order 16-0020 on Electronic Case Filing section III(D), Dongguan Guanyi Light-Decoration Co., Ltd. ("Guanyi" or "Plaintiff") respectfully requests the Clerk of the Court to authorize a refund to one of the payments made on October 23, 2023. Plaintiff inadvertently made two payments when filing their Complaint. Attached hereto as **Exhibit 1** are true and correct copies of the Pay.gov Payment Confirmations.

Plaintiff requests the Clerk of the Court to reverse one of the payments.

Dated:  November 11, 2023          Respectfully submitted,

/s/ Timothy K. Sendek
Timothy K. Sendek, IL 6293755
**AKERMAN LLP**
71 South Wacker Drive, 47th Floor
Chicago, IL 60606
Phone: (312) 870-8007
Fax: (312) 424-1900
tim.sendek@akerman.com

*Attorneys for Plaintiff*

1

73615331;1