# EXHIBIT 1

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Monday, October 23, 2023 5:49 PM |
| **To:** | Diwa, Rob (Para-Dal) |
| **Subject:** | Pay.gov Payment Confirmation: ILLINOIS NORTHERN DISTRICT COURT |

[External to Akerman]

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: ILND CMECF Help Desk at 312-582-8727.

Account Number: 6088803
Court: ILLINOIS NORTHERN DISTRICT COURT
Amount: $402.00
Tracking Id: BILNDC-21251423
Approval Code: 046099
Card Number: ************▇▇▇▇
Date/Time: 10/23/2023 06:49:00 ET

NOTE: This is an automated message. Please do not reply

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Monday, October 23, 2023 5:58 PM |
| **To:** | Diwa, Rob (Para-Dal) |
| **Subject:** | Pay.gov Payment Confirmation: ILLINOIS NORTHERN DISTRICT COURT |

[External to Akerman]

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: ILND CMECF Help Desk at 312-582-8727.

  Account Number: 6088803
  Court: ILLINOIS NORTHERN DISTRICT COURT
  Amount: $402.00
  Tracking Id: AILNDC-21251465
  Approval Code: 055111
  Card Number: ************▮
  Date/Time: 10/23/2023 06:57:49 ET

NOTE: This is an automated message. Please do not reply